UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERIA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIEGO RIVERA-VAZQUEZ,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 13cr1307-CAB<br><br>**ORDER DENYING SECOND MOTION FOR RECONSIDERATION [Doc. No. 64]]** |

Before the Court is defendant Diego Rivera-Vazquez's second motion for reconsideration of the Court's order of April 9, 2019. [Doc. No. 64.] Defendant continues to incorrectly calculate his amended guideline at 28, based upon his incorrect assumption that the adjustment for mitigating role should continue to be a 4. However, as previously explained, when the base offense level is a 36, then the mitigating role reduction reduces the base offence level by three points, NOT four points. USSG§2D1.1(a)(5). Therefore, with a recalculated base offense level of 36, the mitigating role reduction reduces the base offence level by three points to a 33. The base offense level of 33 is then reduced two points for the corresponding minor role adjustment to 31. Finally, after adjusting two points for acceptance of responsibility, the
/ / / / /

defendant's amended adjusted base offense level is a 29. The Court's April 9, 2019 order was correct, and defendant's second motion for reconsideration is **DENIED**.

    **IT IS SO ORDERED**.

Dated: May 24, 2019

                                          Hon. Cathy Ann Bencivengo
                                          United States District Judge